

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF NEW YORK
ROBERT H. JACKSON UNITED STATES COURTHOUSE
2 NIAGARA SQUARE
BUFFALO, NEW YORK 14202

January 25, 2019

Dexter Scott Turner
26 Ronek Drive
Amityville, NY 11701

**Re: Mediation of Civil Case: 17-cv-287**

Dear Mr. Turner:

I hope this letter finds you well. Pursuant to the Order (Docket No. 25) issued by Judge Scott on January 2, 2019, I have been appointed as the mediator for the mediation of this civil case.

In an attempt to contact you, I recently spoke with your Parole Officer, Ms. Chacara. She was able to verify your current address and she agreed to ask you to call me regarding mediation of this civil case. However, I have not received a phone call from you.

Please call me at (716)-551-1511 as soon as possible to schedule the mediation session for this matter and to discuss the mediation process in general. I look forward to speaking with you soon.

Sincerely,

*Amanda G. Williams*

Amanda G. Williams, Esq.
WDNY Alternative Dispute Resolution Administrator

---

*Handwritten note:*

Received this letter via mail on January 31, 2019 I have called your # above TWICE (VoiceMail) I do not wish to procede with Civil case 17-CV-287 please mediate for a dismisal.

Thank You

x Dexter S. Turner
x 2-1-19



Dexter S. Turner
26 Ronek Drive
Amityville, NY 11701

TO: Amanda G. Williams Esq.
WDNY Alternative Dispute Resolution Admin
#2 Niagra Square
Buffalo, NY 14202

USDC - WDNY
FEB 21 2019
BUFFALO